# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

MORGAN ALLEN ARMSTRONG,

    Plaintiff,

v.                                      CASE NO. 3:17cv39/MCR/EMT

SECRETARY DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated March 1, 2017. ECF No. 11. Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's "Motion to Reinstate" and "Motion to Accept Amended Complaint as Timely Filed", ECF Nos. 8, 9, are **DENIED**, and Plaintiff's First Amended Complaint, ECF No. 10, **SHALL NOT TAKE EFFECT**.

3. All other motions filed after entry of the Report and Recommendation are **MOOT**. This case is closed.

**DONE AND ORDERED** this 3rd day of April, 2017.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**